# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:20-CV-219-GCM-DCK

| | |
|---|---|
| **RONALD J. STORTO,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BILTMORE FARMS, LLC, f/k/a BILTMORE FARMS, INC., BILTMORE FARMS, LLC EXECUTIVE NONQUALIFIED 'EXCESS' PLAN a/k/a BILTMORE FARMS LONG-TERM INCENTIVE COMPENSATION PLAN, BILTMORE FARMS, LLC AMENDED AND RESTATED PERFORMANCE UNITS PLAN, JOHN F.A.V. CECIL, NED CURRAN, H. WILLIAM HABERMEYER, JR., CATHERINE CECIL TAYLOR, and WILLIAM G. TAYLOR,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Narendra K. Ghosh, concerning David W. Garrison on October 14, 2020. David W. Garrison seeks to appear as counsel *pro hac vice* for Plaintiff, Ronald J. Storto. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. David W. Garrison is hereby admitted *pro hac vice* to represent Plaintiff, Ronald J. Storto.

Signed: October 19, 2020

David C. Keesler
United States Magistrate Judge

Case 1:20-cv-00219-GCM-DCK   Document 6   Filed 10/19/20   Page 1 of 1