**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO.  1:20-CV-219-GCM-DCK**

| | | |
|---|---|---|
| **RONALD J. STORTO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **BILTMORE FARMS, LLC, f/k/a BILTMORE** | ) | |
| **FARMS, INC., BILTMORE FARMS, LLC** | ) | |
| **EXECUTIVE NONQUALIFIED 'EXCESS'** | ) | |
| **PLAN a/k/a BILTMORE FARMS LONG-** | ) | |
| **TERM INCENTIVE COMPENSATION** | ) | |
| **PLAN, BILTMORE FARMS, LLC** | ) | |
| **AMENDED AND RESTATED** | ) | |
| **PERFORMANCE UNITS PLAN, JOHN** | ) | |
| **F.A.V. CECIL, NED CURRAN, H. WILLIAM** | ) | |
| **HABERMEYER, JR., CATHERINE CECIL** | ) | |
| **TAYLOR, and WILLIAM G. TAYLOR,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Narendra K. Ghosh, concerning Joshua A. Frank on October 14, 2020.  Joshua A. Frank seeks to appear as counsel *pro hac vice* for Plaintiff, Ronald J. Storto.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**.  Joshua A. Frank is hereby admitted *pro hac vice* to represent Plaintiff, Ronald J. Storto.

Signed: October 19, 2020

United States Magistrate Judge